HERMAN B. BOUTET, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Appeal — order of Appellate Division reversing judgment upon facts and granting new trial — appeal therefrom dismissed.*

Boutet v. *City of New York,* 199 App. Div. 835, appeal dismissed. (Submitted January 30, 1923; decided February 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1922, reversing upon the facts and the law a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*Richard J. Cronan* and *John Burlinson Coleman* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Elliot S. Benedict* and *David C. Broderick* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.